UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KOENGETER,<br><br>         Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>         Defendant. | Case No.: 19CV2228-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 2]** |

On November 22, 2019, plaintiff Nathan Koengeter commenced an action against Andrew Saul, the Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. [Doc. No. 1.] Plaintiff also filed an Application to Proceed with his Complaint in forma pauperis. [Doc. No. 2.] The Application is in the form of an affidavit. [*Id*.]

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

| | |
|---|---|
| 1 | A party need not be completely destitute to proceed in forma pauperis. *Adkins v.* |
| 2 | *E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient |
| 3 | if it shows that the applicant cannot pay the fee "and still be able to provide himself [or |
| 4 | herself] and dependents with the necessities of life." *Id*. (internal quotations omitted). |
| 5 | Here, plaintiff's affidavit states that he is unemployed, has no income and limited |
| 6 | assets. His only assets are a savings account with a balance of $1,000 and a 2019 Nissan |
| 7 | Sentra valued at $11,500 that he shares with his spouse. [Doc. No. 3, pp. 2-3.] He has a 6 |
| 8 | year old son. [*Id*., p. 3.] The only income for the household is from his spouse's job, who |
| 9 | is expected to earn $4,580.00 this month. [*Id*., pp. 1-2.] Monthly expenses for the |
| 10 | household total $6,156.00. [*Id*., pp. 4-5.] Therefore, the Court finds that plaintiff has |
| 11 | submitted an affidavit which sufficiently shows he lacks the financial resources to pay his |
| 12 | filing fee. Accordingly, |
| 13 | IT IS HEREBY ORDERED THAT plaintiff's Application to Proceed with his |
| 14 | Complaint in forma pauperis is GRANTED. [Doc. No. 2.] |
| 15 | Dated: January 6, 2020 |

Hon. Karen S. Crawford
United States Magistrate Judge