

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathan Koengeter<br><br>Plaintiff,<br>V.<br>ANDREW H. SAUL, Commissioner of Social Security<br><br>Defendant. | Civil Action No.   19-cv-02228-DEB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES Plaintiff's Motion for Summary Judgment and GRANTS Defendant's Cross-Motion for Summary Judgment. The Clerk of Court shall enter judgment accordingly.

| | |
|---|---|
| Date:   3/31/21 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/ M. Exler<br>M. Exler, Deputy |